# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: SHAWN T and STACI D CARTER  
6867 GREENSPIRE DR  
LEWIS CENTER OH 43035

Case No. 03-68388

Judge: HOFFMAN



SSN(S) XXX-XX-7759  
XXX-XX-1935

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 20, 2008

Frank M. Pees  
Chapter 13 Trustee

**Name and Address**

MARK MARTIN AUTO SALES INC  
PO BOX 715  
HILLIARD OH 430170000

**Amount**

50.19