# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: SHAWN T and STACI D CARTER
6867 GREENSPIRE DR
LEWIS CENTER OH 43035

Case No. 03-68388

Judge: HOFFMAN

SSN(S) XXX-XX-7759
XXX-XX-1935

FILED 2008 MAR -5 AM 10:08
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: February 20, 2008

Frank M. Pees
Chapter 13 Trustee

**Name and Address**

MARK MARTIN AUTO SALES INC
PO BOX 715
HILLIARD OH 430170000

**Amount**

391.21